UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LOYD HENRY KRUSE, | |
| Plaintiff, | 6:22-CV-01881-MK |
| v. | |
| JAY BOZIEVICH; JOE BERNEY; LAURIE TRIEGER; PAT FARR; HEATHER BUCH; and DENA DAWSON, | **JUDGMENT** |
| Defendants. | |

As per the Notice of Voluntary Dismissal (ECF No. 18), this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and without costs or attorneys' fees to any party.

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

DATED this 11th day of May 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge